# Exhibit 1



---

**NOTICE**

**READ THIS AGREEMENT CAREFULLY BEFORE DOWNLOADING, INSTALLING, COPYING OR USING ANY WEATHERFORD SOFTWARE THAT IS LINKED TO OR ACCOMPANIED BY THIS AGREEMENT BY WAY OF HTTP OR URL REFERENCE, OR IS OTHERWISE INCLUDED IN CLICK-WRAP OR BROWSE-WRAP FORM.**

**BY CLICKING THE "AGREE" BUTTON AND/OR DOWNLOADING, INSTALLING AND/OR USING THE SOFTWARE, YOU ACKNOWLEDGE THAT YOU HAVE READ AND UNDERSTAND THE TERMS AND CONDITIONS OF THIS AGREEMENT AND THAT YOU WILL BE LEGALLY BOUND BY THOSE TERMS IF YOU DOWNLOAD, INSTALL OR USE THE SOFTWARE. IF YOU DO NOT AGREE TO THESE TERMS, DO NOT DOWNLOAD, INSTALL OR USE THE SOFTWARE.**

**THIS AGREEMENT CONTAINS INDEMNITIES AND WARRANTY EXCLUSIONS.**

---

**END-USER LICENSE AGREEMENT**

This End-User License Agreement (hereinafter "**EULA**") is made and entered by and between you, as an end-user customer and/or user of the Software (hereinafter "**End-User**", "**Licensee**" or "**you**") and **Weatherford U.S., L.P.**, a Louisiana limited partnership acting on behalf of itself and as agent for (i) each of its Affiliates (as defined below) from time-to-time furnishing Software (hereinafter "**Licensor**"), and (ii) any Licensor authorized distributor or reseller of the Software. This EULA governs your use of Licensor's application, online service and/or software in executable form, including all related Content and Services, Documentation and applicable Updates, as such terms are defined below (hereinafter collectively the "**Software**"). The Software is licensed, not sold, to you. Licensor is willing to license you only upon the condition that you accept all the terms contained in this EULA. By downloading, installing, or using the Software, you indicate that you understand this EULA and you agree to be bound by all of its terms.

For purposes of this EULA, Licensor's "**Affiliate**" or "**Affiliates**" means any entity, including any partnership, limited partnership, joint venture, corporation, limited liability company, or other form of legal entity directly or indirectly controlled by, controlling, or under common control with Licensor, including any of the foregoing which becomes an Affiliate after the effective date of this EULA. "Control" means the possession, directly or indirectly, of the power to direct or cause the direction of the management or policies of another entity, whether through the ability to exercise voting power, by contract or otherwise. "Controlling" and "controlled" have correlative meanings.

**1.** **LICENSE GRANT**. Subject to the terms of this EULA, Licensor grants you a limited, non-exclusive and non-transferable license, without the right to sublicense or assign, to:

1.1  download, install and use the Software in executable form, solely for your internal business purposes (or academic purposes, if applicable), on a single computer or device owned or otherwise controlled by you ("**Device**") and strictly in accordance with all applicable configuration or usage limitations in Licensor's printed, electronic or online documentation ("**Documentation**"); and/or

1.2  access, stream, download and use on such Device, the Documentation, Content and Services (as defined below) made available in or otherwise accessible through the Software, strictly in accordance with this EULA and the Terms of Use applicable to such Content and Services as set forth below.

**2.** **LICENSE RESTRICTIONS**. Licensee shall NOT:

2.1  copy the Software, in whole or in part;

2.2  modify, correct, adapt translate enhance or otherwise create derivative works or improvements of the Software;

2.3  reverse engineer, disassemble, decompile, decode or adapt the Software, or otherwise attempt to derive or gain access to the source code of the Software, in whole or in part;

2.4 lend, sell, sublicense, assign, distribute, publish, transfer or otherwise make the Software (or any features or functionality of the Software) available to any third party for any reason, including by making the Software available on a network where it is capable of being accessed by more than one device at any time;

2.5 reproduce, remove, delete, alter, obscure translate, combine, supplement or otherwise change any trademarks, copyright notices, warranties, disclaimers, or intellectual property rights, proprietary rights or other symbols, notices, marks or serial numbers on or relating to any copy of the Software or the Documentation, including any copy thereof;

2.6 remove, disable, circumvent or otherwise create or implement any workaround to any copy protection, rights management or security features in or protecting the Software, including, without limitation, attempting to circumvent any applicable configuration or usage limitations through any means or using virtualization, multiplexing, branching, or pooling technology to effectively extend the number of instances of the Software on your Device or the number of end users having access to the Software's functionality;

2.7 install the Software on, or configure the Software or your other systems to make the Software (including its functionality), accessible through, any network that is connected to the public internet, unless the Software was specifically designed (as confirmed in its Documentation) to be accessed by users via the public internet; or

2.8 unless specifically contemplated by the Software and Documentation, use the Software in, or in association with, the design, construction, maintenance or operation of any hazardous environments or systems, including any power generation systems; aircraft navigation or communication systems, air traffic control systems or any other transport management systems; safety-critical applications, including medical or life-support systems, vehicle operation applications or any police, fire or other safety response systems; and military or aerospace applications, weapons systems or environments.

3. **RESERVATION OF RIGHTS**.  You acknowledge and hereby agree that the Software is provided under license, and is not sold to you. You do not acquire any ownership interest in the Software under this EULA, or any other rights thereto, other than the right to use the Software in accordance with the license granted, and subject to all terms, conditions and restrictions, under this EULA.  Licensor and its Affiliates reserve and shall retain its and/or their entire right, title and interest in and to any intangible property rights, including, without limitation, the Software and all copyrights, trademarks and other intellectual property rights therein or relating thereto, except as expressly granted to you in this EULA.

4. **COLLECTION AND USE OF YOUR INFORMATION**.  You acknowledge that when you download, install or use the Software, Licensor may use automatic means (including, for example, cookies and web beacons) to collect information about your Device and about your use of the Software. You also may be required to provide certain information about yourself as a condition to downloading, installing or using the Software or certain of its features or functionality, and the Software may provide you with opportunities to share information about yourself with others. All information Licensor collects through or in connection with this Software is subject to Licensor's Legal Notices Terms and Conditions of Use available at http://www.weatherford.com/terms-of-use. By downloading, installing, using and providing information to or through this Software, you consent to all actions taken by us with respect to your information in compliance with the Legal Notices Terms and Conditions of Use.

5. **CONTENT AND SERVICES**.  The Software may provide you with access to Licensor's websites and applicable subdomains located at (among others):

    http://www.weatherford.com,
    http://www.previewdata.com,
    http://www.visean.com,
    http://www.isologica.com, and
    http://www.weatherfordlabs.com,

    (each a "**Website**") and products and services accessible thereon, and certain features, functionality and content accessible on or through the Software may be hosted on the Website (collectively, "**Content and Services**"). Your

access to and use of such Content and Services are governed by Licensor's Legal Notices Terms and Conditions of Use located at http://www.weatherford.com/terms-of-use which are incorporated herein by this reference. Your access to and use of such Content and Services may require you to acknowledge your acceptance of such Legal Notices Terms and Conditions of Use and/or to register with the Website and your failure to do so may restrict you from accessing or using certain of the Software's features and functionality. Any violation of such Legal Notices Terms and Conditions of Use will also be deemed a violation of this EULA.  In some other situations, the Software may be governed and controlled by a Software License Agreement between Licensor and your employer or contractor.

6. **UPDATES**.  Licensor may from time to time, in its sole discretion, develop and provide Software updates pursuant to a separate master license or professional services agreement or work order, which may include upgrades, bug fixes, patches and other error corrections and/or new features (collectively, including any related documentation, "**Updates**"). Updates may also modify or delete in their entirety certain features and functionality of the Software. Based on your Device's settings, when your Device is connected to the internet: (a) the Software may automatically download and install all available Updates; or (b) you may receive notice of or be prompted to download and install available Updates.  When applicable, you must promptly download and install all Updates, and you acknowledge and agree that the Software or portions thereof may not properly operate should you fail to do so. You further agree that all Updates will be deemed part of the Software and be subject to all terms and conditions of this EULA. **Notwithstanding the foregoing, you acknowledge and agree that Licensor has no obligation to provide you with any Updates or to continue to provide or enable any particular features or functionality of the Software**.

7. **THIRD PARTY MATERIALS**. The Software may display, use, include or make available third-party content (including data, information, programs, sub-programs, applications and other products services and/or materials) or provide links to third-party websites or services ("**Third Party Materials**").  You hereby acknowledge and agree that Licensor is not responsible for Third Party Materials, including their accuracy, completeness, timeliness, validity, copyright compliance, legality, freedom from infringement, safety, decency, quality or any other aspect thereof.  Licensor does not assume and will not have any liability or responsibility to you or any other person or entity for any Third Party Materials. Third Party Materials and links thereto are provided solely as a convenience to you and you access and use them at entirely at your own risk and subject to such third parties' terms and conditions.  You also acknowledge and agree that providers of Third Party Materials disclaim any and all liability for consequential and other indirect damages and all implied warranties, including the implied warranties of non-infringement, merchantability and fitness for a particular purpose.   Your further acknowledge and agree that you are not authorized to use any Third Party Materials separately from the Software.

8. **TERM AND TERMINATION**. The term of this EULA commences when you download and install the Software (and/or when you acknowledge your acceptance to this EULA) and will continue in effect until terminated by you or Licensor as set forth in this EULA. Licensor may terminate this EULA at any time without notice if it ceases to support the Software, which Licensor may do in its sole discretion. In addition, this EULA will terminate immediately and automatically without any notice if you violate any of the terms and conditions of this EULA.  Upon termination of this EULA, all rights granted to you under this EULA will also terminate; and you must cease all use of the Software and delete all copies of the Software from your Device and account or otherwise in your possession. Termination will not limit any of Licensor's rights or remedies at law or in equity.

9. **DISCLAIMER OF WARRANTIES**. THE SOFTWARE, DOCUMENTATION, CONTENT AND SERVICES ARE PROVIDED TO LICENSEE "AS IS" AND WITH ALL FAULTS AND DEFECTS, WITHOUT WARRANTY OF ANY KIND. TO THE MAXIMUM EXTENT PERMITTED UNDER APPLICABLE LAW, LICENSOR, ON ITS OWN BEHALF AND ON BEHALF OF ITS AFFILIATES AND ITS AND THEIR RESPECTIVE LICENSORS AND SERVICE PROVIDERS (INCLUDING PROVIDERS OF THIRD PARTY MATERIALS), EXPRESSLY DISCLAIMS ALL WARRANTIES, WHETHER EXPRESS, IMPLIED, STATUTORY OR OTHERWISE, WITH RESPECT TO THE SOFTWARE, DOCUMENTATION, CONTENT AND SERVICES, INCLUDING ALL IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, AND WARRANTIES THAT MAY ARISE OUT OF COURSE OF DEALING, COURSE OF PERFORMANCE, USAGE OR TRADE PRACTICE. WITHOUT LIMITING THE FOREGOING, LICENSOR PROVIDES NO WARRANTY OR UNDERTAKING, AND MAKES NO REPRESENTATION OF ANY KIND THAT THE SOFTWARE, DOCUMENTATION, CONTENT AND SERVICES WILL MEET YOUR REQUIREMENTS, ACHIEVE ANY INTENDED RESULTS, BE COMPATIBLE OR WORK WITH ANY OTHER SOFTWARE, APPLICATIONS, SYSTEMS OR SERVICES, OPERATE WITHOUT INTERRUPTION, MEET ANY PERFORMANCE OR RELIABILITY STANDARDS OR BE ERROR FREE, OR THAT ANY ERRORS OR DEFECTS IN THE SOFTWARE OR CONTENT CAN OR WILL BE CORRECTED.  SOME

JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF OR LIMITATIONS ON IMPLIED WARRANTIES, OR LIMITATIONS ON THE APPLICABLE STATUTORY RIGHTS OF A CONSUMER, SO SOME OR ALL OF THE ABOVE EXCLUSIONS AND LIMITATIONS MAY NOT APPLY TO YOU.

FURTHERMORE, THE SOFTWARE MAY CONTAIN SUPPORT FOR PROGRAMS WRITTEN IN VBSCRIPT. VBSCRIPT TECHNOLOGY IS NOT FAULT TOLERANT AND IS NOT DESIGNED, MANUFACTURED, OR INTENDED FOR USE OR RESALE WITH ON-LINE CONTROL EQUIPMENT IN HAZARDOUS ENVIRONMENTS REQUIRING FAIL-SAFE PERFORMANCE, SUCH AS IN THE OPERATION OF NUCLEAR FACILITIES, AIRCRAFT NAVIGATION OR COMMUNICATION SYSTEMS, AIR TRAFFIC CONTROL, DIRECT LIFE SUPPORT MACHINES, OR WEAPONS SYSTEMS, IN WHICH THE FAILURE OF VBSCRIPT TECHNOLOGY COULD LEAD DIRECTLY TO DEATH, PERSONAL INJURY, OR SEVERE PHYSICAL OR ENVIRONMENTAL DAMAGE.

10. **WAIVER OF CLAIMS; LIMITATION OF LIABILITY**. TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, YOU HEREBY WAIVE, AND IN NO EVENT WILL LICENSOR OR ITS AFFILIATES, OR ANY OF ITS OR THEIR RESPECTIVE LICENSORS OR SERVICE PROVIDERS (INCLUDING PROVIDERS OF THIRD PARTY MATERIALS), HAVE ANY LIABILITY WITH RESPECT TO CLAIMS RELATING TO OR ARISING FROM YOUR USE OF OR INABILITY TO USE THE SOFTWARE, THE DOCUMENTATION, OR THE CONTENT AND SERVICES, INCLUDING, BUT NOT LIMITED TO, CLAIMS FOR PERSONAL INJURY, PROPERTY DAMAGE, OR CONSEQUENTIAL DAMAGES OF ANY SORT (INCLUDING (I) ANY AND ALL INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE, EXEMPLARY, OR CONSEQUENTIAL DAMAGES OR CONSEQUENTIAL LOSSES OF ANY NATURE WHATSOEVER (WHETHER OR NOT FORESEEABLE), AND (II) DAMAGES OR LOSSES, WHETHER DIRECT OR INDIRECT, FOR LOST PRODUCT OR PRODUCTION, LOST PROFIT OR REVENUE, LOSS OF DATA, RESERVOIR LOSS OR DAMAGE, LOST BUSINESS, LOSS OF OR INABILITY TO USE PROPERTY AND EQUIPMENT, LOSSES FROM BUSINESS INTERRUPTIONS, LOSSES RESULTING FROM FAILURE TO MEET OTHER CONTRACTUAL COMMITMENTS OR DEADLINES, OR LOSSES FROM DOWNTIME OF RIGS, VESSELS OR FACILITIES) THAT IN THE AGGREGATE EXCEED THE AMOUNT ACTUALLY PAID BY YOU FOR THE SOFTWARE.  SOME JURISDICTIONS DO NOT ALLOW CERTAIN LIMITATIONS OF LIABILITY, SO SOME OR ALL OF THE ABOVE LIMITATIONS OF LIABILITY MAY NOT APPLY TO YOU.

11. **INDEMNIFICATION**. YOU AGREE TO RELEASE, INDEMNIFY, DEFEND AND HOLD HARMLESS LICENSOR AND ITS OFFICERS, DIRECTORS, EMPLOYEES, AGENTS, AFFILIATES, SUCCESSORS AND ASSIGNS FROM AND AGAINST ANY AND ALL LOSSES, DAMAGES, LIABILITIES, DEFICIENCIES, CLAIMS, ACTIONS, JUDGMENTS, SETTLEMENTS, INTEREST, AWARDS, PENALTIES, FINES, COSTS, OR EXPENSES OF WHATEVER KIND, INCLUDING ATTORNEYS' FEES, ARISING FROM OR RELATING TO YOUR USE OR MISUSE OF THE SOFTWARE, THE DOCUMENTATION, THE CONTENT OR SERVICES, OR YOUR BREACH OF THIS EULA. FURTHERMORE, YOU AGREE THAT LICENSOR ASSUMES NO RESPONSIBILITY FOR THE CONTENT YOU SUBMIT OR MAKE AVAILABLE THROUGH THE SOFTWARE OR SERVICES.

12. **INTELLECTUAL PROPERTY; ENHANCEMENTS.**

    12.1 **Licensee Cooperation and Notice of Infringement**. Licensee shall:

    (a) take all reasonable measures to safeguard the Software and Documentation (including all copies thereof) from infringement, misappropriation, theft, misuse or unauthorized access;

    (b) at Licensor's expense, take all such steps as Licensor may reasonably require to assist Licensor in maintaining the validity, enforceability and Licensor's ownership of and all intellectual property rights in the Software, Documentation and Content;

    (c) promptly notify Licensor in writing if you become aware of: (i) any actual or suspected infringement, misappropriation or other violation relating to the Software, Documentation, Content or Services; or (ii) any claim that the Software, Documentation, Content or Services, including any production, use, marketing, sale or other disposition of thereof, in whole or in part, infringes, misappropriates or otherwise violates the intellectual property rights or other rights of any person; and

    (d) at Licensor's sole expense, fully cooperate with and assist Licensor in all reasonable ways in the conduct of any claim by Licensor to prevent or abate any actual or threatened infringement, misappropriation or violation of Licensor's rights in, and to attempt to resolve any claims relating to, the Software, including having Licensee's

employees testify when requested and making available for discovery or trial relevant records, papers, information, samples, specimens and the like.

12.2 **Software Enhancements**. If you, on your own or jointly with others (including Licensor), make or conceive of any developments, improvements, enhancements or derivations of or with respect to or for the Software, whether patentable, copyrightable or not, including any of the foregoing arising out of, based upon, or in connection with, your use of the Software or any new, additional or modified Software features or functionality requested by you (including any intellectual property rights, object code, source code, and other know-how relating thereto) (collectively "**Software Enhancements**"), such Software Enhancements shall belong solely to Licensor, regardless of inventorship or authorship, and you agrees to: i) promptly and fully disclose in writing to Licensor the existence and nature of all Software Enhancements; ii) keep accurate and complete records of your activities relating to the Software Enhancements; and iii) promptly acknowledge and deliver to Licensor any written instruments, and perform any other acts necessary, in Licensor's reasonable opinion and at Licensor's expense, to effectuate and perfect Licensor's rights, title and interests, and preserve, file, make, prosecute, register, enforce, maintain and/or defend any intellectual or tangible property rights that might arise in any Software Enhancements. You shall not use any Software Enhancements except as expressly allowed for herein, and shall not disclose such Enhancements to others.

13. **LAWS AND REGULATIONS**

13.1 **Trade Compliance.**

(a) Licensor hereby advises you that Licensor cannot participate in transactions involving any Sanctioned Country (as hereinafter defined) or with any entity known to be organized in, or owned or controlled by a national of, a Sanctioned Country (a "**Restricted Party**"). For purposes of the foregoing, a "**Sanctioned Country**" shall mean and include Cuba, Iran, North Korea, Syria, the Crimea Region of Ukraine, or any other country that may be subject in the future to comprehensive bilateral or multilateral economic sanctions applicable to Licensor, including those imposed by the United Nations, the United States and/or the European Union. If Licensor is required to engage in any act for the direct or indirect benefit of any Sanctioned Country or Restricted Party, such requirement shall constitute grounds for Licensor's immediate termination of this EULA and your rights to use the Software.

(b) You shall not, directly or indirectly, sell, provide access to, export, re-export, transfer, divert, loan, lease, consign, transship, transport, or otherwise dispose of any of Licensor's software (including the Software) or Documentation to or via: (i) any denied or Restricted Party, as identified on United States, European Commission/EU member state, or similar lists maintained by other governments with jurisdiction over such transactions; (ii) any Sanctioned Country or Restricted Party; or (iii) any Person or destination, or for any activity or end-use restricted by Applicable Laws or regulations (including those applicable to nuclear, missile, chemical, or biological weapons proliferation, military, or money laundering activities) without first obtaining all required Licensor and government authorizations. Licensee agrees to Indemnify Licensor for any and all fines or penalties arising against Licensor from Licensee's import, export, re-export, transfer, diversion, loan, lease, consignment or other disposition of Licensor Items. If applicable, Licensee agrees to complete Licensor's End-user, End-use, End-destination Declaration ("**EUD**") whenever requested by Licensor.

13.2 **Ethics, Anticorruption and Antiboycott**. Licensor conducts its worldwide operations ethically and in compliance with the anti-corruption laws of the United States, the United Kingdom, and the other nations in which it operates, including adhering to prohibitions against bribery. Notwithstanding anything to the contrary in this Agreement, neither Party shall be required to take any action prohibited or penalized by, or to refrain from taking any action required under the laws of, any applicable domestic or foreign jurisdiction relating to international boycotts.

13.3 **Government Rights**. The Software and Documentation are "commercial computer software" and "commercial computer software documentation", respectively, as such terms are used in FAR 12.212. Any use, duplication or disclosure of the Software or the Documentation by or on behalf of the U.S. Government is subject the restrictions set forth in this Agreement.

14. **ASSIGNMENT**.   You have no right to assign or transfer this EULA or any Software, Documentation, Content or Services granted hereunder, in whole or in part, to any third party without Licensor's express prior written consent.  Any attempt by you to assign or transfer of this EULA without such consent will be null and void.  This EULA shall be binding on the parties and their respective permitted successors and assigns and shall inure to the benefit of the parties and their respective permitted successors and assigns.

15. **EQUITABLE REMEDIES**.  You acknowledges and agrees that a breach or threatened breach by you of any of your obligations under this EULA would cause Licensor irreparable harm for which monetary damages would not be an adequate remedy and that, in the event of such breach or threatened breach, Licensor will be entitled to equitable relief, including in a restraining order, an injunction, specific performance and any other relief that may be available from any court of competent jurisdiction, without any requirement to post a bond or other security, or to prove actual damages or that monetary damages are not an adequate remedy. Such remedies are not exclusive and are in addition to all other remedies that may be available at law, in equity or otherwise.

16. **GOVERNING LAW; VENUE; JURY WAIVER; ATTORNEYS' FEES**

    16.1  **Governing Law and Venue.**  This EULA shall be governed, construed and interpreted in accordance with the laws of the State of Texas, without regard to any choice of laws or conflict of laws provisions which would direct the application of the laws of another jurisdiction.  Venue for any litigation filed with respect to this EULA shall be exclusive in the courts, state or federal, sitting in Houston, Harris County, Texas.

    16.2  **Jury Waiver.  TO THE EXTENT ALLOWED BY THE GOVERNING LAW, EACH PARTY HEREBY WAIVES ALL RIGHTS TO A JURY TRIAL WITH RESPECT TO ANY LITIGATION INVOLVING THIS EULA.**  Nothing herein shall prohibit a party from availing itself of a court of competent jurisdiction for the purpose of injunctive relief.

    16.3  **Attorneys' Fees.**  In the event Licensor institutes suit to enforce any right or obligation against you arising from or incidental to this EULA, Licensor shall be entitled to recover, in addition to any damages or other relief awarded to it, reasonable attorney's fees, court costs, fees of testifying experts or consultants, and other expenses related thereto.

    16.4  **IF LICENSEE IS OWNED, DIRECTLY OR INDIRECTLY, IN WHOLE OR IN PART, BY ANY COUNTRY OR SOVEREIGN, OR IS AN AUTHORITY OR AGENCY OF ANY COUNTRY OR SOVEREIGN, THEN LICENSEE HEREBY WAIVES ANY AND ALL RIGHTS AND IMMUNITIES, INCLUDING WITHOUT LIMITATION, ANY IMMUNITIES FROM LAWSUITS, CLAIMS, PREJUDGMENT SEIZURE, ARREST OR ATTACHMENT IT MAY HAVE UNDER THE FOREIGN SOVEREIGN IMMUNITIES ACT OF 1976 (28 USC SECTION 1602, ET SEQ.), AS AMENDED, OR ANY SIMILAR TYPE OF STATUTE, LAW, RULE OR REGULATION OF ANY COUNTRY OR SOVEREIGN.**

17. **SEVERABILITY AND LEGAL EFFECT.**  If any term or provision of this EULA is found to be inconsistent with or contrary to applicable law or public policy, same shall be deemed to be modified to the extent required to comply with applicable law or public policy (it being the intention of the Parties to enforce to the fullest extent all terms of this EULA) and as so modified, this EULA shall continue in full force and effect.  In the event such term or provision cannot be deemed or modified automatically, the Parties shall attempt to reach agreement on a conforming modification to such term or provision.  In the event any such term or provision cannot be modified to comply with applicable law, then said term or provision shall be deemed to be deleted from this EULA and the remaining terms and conditions shall remain in full force and effect

18. **ENTIRE AGREEMENT.**   This EULA, and if applicable, a Master Software License and Services Agreement and/or Master Hosted Software Services Agreement entered into by the Parties, embodies the entire agreement between you and Licensor with respect to the Software and supersedes and replaces all other agreements existing between Licensor and Licensee with respect to transactions the foregoing.  If there is a conflict between this Agreement and any other agreement mentioned in the foregoing, the more restrictive on you shall control.  Neither of the Parties shall be bound by any conditions, definitions, warranties, understandings, or representations with respect to the subject matter of this EULA other than as expressly provided herein.  The Article and Section headings contained in this EULA are for reference purposes only and shall not affect in any way the meaning or interpretation of this EULA.

19. **WAIVER OF TERMS.**  No waiver by a party of any of the terms, provisions, or conditions hereof shall be effective unless said waiver shall be in a writing signed by an authorized officer of the party against whom the waiver is sought to be enforced.  The failure of either party to enforce any term, provision or condition of this EULA shall in no manner affect the right to enforce the same at a later time, and the waiver by either party of any breach of any term, provision or condition in this EULA shall not be construed to be a waiver by such party of any subsequent or succeeding breach of such term, provision or condition or a waiver by such party of any breach of any other term, provision or condition.

20. **CONTACT INFORMATION**.  If you have any questions regarding this EULA, you may contact Licensor at:

    Weatherford Worldwide Holdings GmbH
    Bahnhofstrasse 1, Baar, 6340, Switzerland
    Attention: Director
    Email: legal.contracts@weatherford.com