Exhibit 2



James Kurka
Associate General Counsel, Intellectual Property

August 14, 2023

Mr. Michael Ligrani
CEO and Co-Founder
Iron-IQ, Inc.
610 Rood Avenue
Grand Junction, Colorado 84501

      RE:    Unlicensed Use of Weatherford's CygNet Software
              Sent Via Email: mligrani@iron-iq.com
              FRE/TRE 408

Dear Mr. Ligrani:

It has come to Weatherford's attention that Iron-IQ is running an unlicensed version of Weatherford's CygNet software, and Iron-IQ is using the unlicensed copy of CygNet to give it an advantage in competing with Weatherford. Unlicensed use of Weatherford's software is unacceptable.

Weatherford demands that you immediately stop all unlicensed use of its software and provide written confirmation that all unlicensed copies of Weatherford's software have been permanently deleted. Otherwise, please provide evidence of the source and scope of the license you contend you have.

This matter is urgent, and we demand a response by August 18. Weatherford reserves its rights to seek injunctive and other relief, as may be necessary, to prevent further irreparable harm to Weatherford.

Sincerely,

James Kurka

**Weatherford**
2000 St. James Place
Houston, TX 77056
USA
#1268187v2

www.weatherford.com
james.kurka@weatherford.com
+1.713.254.9714