# Exhibit 3

**Andrew D. Skale**
858 314 1506
adskale@mintz.com



MINTZ

3580 Carmel Mountain Road
Suite 300
San Diego, CA  92130
858 314 1500
mintz.com

August 21, 2023

Kevin Kirsch, Esq.
BakerHostetler
200 Civic Center Drive, Suite 1200
Columbus, OH 43215-4138
kkirsch@bakerlaw.com

      Re:    Use of Licensed CygNet Software

Dear Kevin:

As you know, we represent Iron-IQ, Inc. and we write in response to the letter of James Kurka dated August 14, 2023.  We reject Weatherford's contention that Iron-IQ has ever used an "unlicensed" copy of CygNet. Indeed, to Iron-IQ's knowledge, it is not even technologically possible to use an unlicensed version of the software.

The only version of the software that Iron-IQ has ever used is the ***licensed*** 3-day trial. Upon installation, the program specifically provided: "CygNet will expire after a 3-day trial period if a valid license file is not installed." To our knowledge, that is exactly what occurred.

Given the above, we will consider this matter closed.  However, if you disagree, please advise the basis for your client's assertion that Iron-IQ is using an "unlicensed" version of the software.

Yours truly,

*/s/ Andrew D. Skale*

Andrew D. Skale
Member