Exhibit 8

**From:** Cormier, Kara <KMCormier@mintz.com>
**Sent:** Friday, August 25, 2023 5:35 PM
**To:** Kirsch, Kevin W. <kkirsch@bakerlaw.com>
**Cc:** Skale, Andrew <ADSkale@mintz.com>
**Subject:** RE: Unauthorized and Unlicensed Use of CygNet Software

The following is sent on behalf of Andrew Skale:

Kevin,

We do not understand your rejection of the 3-day trial period. We took the language we cited directly from CygNet's instructions.  Moreover, nothing was done unlawfully or for any improper intent.  And our client has not now, nor has ever, run any production licenses for Cygnet.  Further, we understand this trial license was only used twice by our client.  Regardless, in the spirit of compromise and without making any admissions, our client will no longer run any install via the 3-day trial license period.

As to your specific allegations toward Mr. Ligrani, he was never an employee of Utah Gas Corporation, so your allegations are misplaced.  But regardless, Utah Gas had nothing to do with the formation of Iron IQ.  Thus, we cannot see any wrong doing having occurred.

Given our client is agreeing to cease using the trial license, we sincerely hope that this now resolves the matter.  If I am incorrect, I suggest we have a phone call to clear up any misunderstanding.

Regards,
Andrew


**Kara Cormier**
*Associate*

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center, Boston, MA 02111
+1.617.348.1658
KMCormier@mintz.com | Mintz.com

