IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WEATHERFORD U.S., LP and<br>WEATHERFORD TECHNOLOGY<br>HOLDINGS, LLC<br><br>VS<br><br>IRON IQ, INC. | §<br>§<br>§<br>§ CIVIL ACTION NO. 23-cv-3416<br>§ **JURY DEMANDED**<br>§<br>§<br>§ |

**[PROPOSED] ORDER GRANTING
PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**

Pending before the Court are Plaintiffs Weatherford U.S., LP and Weatherford Technology Holdings, LLC's motion for temporary restraining order. The Court has considered and **GRANTS** the motion. The Court **ORDERS** that:

Defendant Iron IQ, Inc. is enjoined from obtaining, retaining, disclosing or using any of Weatherford's confidential information and trade secrets, in any tangible or electronic form, in: (a) Weatherford's CygNet® supervisory control and data acquisition ("SCADA") platform, (b) any derivative works of CygNet®, (c) any migration and conversion tools developed utilizing CygNet®, and (d) any improvements to CygNet®; and

Iron IQ, Inc. is required to return to Weatherford or destroy all copies of confidential information and trade secrets, in any tangible or electronic form, in: (a) CygNet®, (b) any derivative works of CygNet®, (c) any migration and conversion tools developed utilizing CygNet®, and (d) any improvements to CygNet®.

SIGNED at Houston, Texas, this \_\_\_\_ day of September 2023.

_____
UNITED STATES DISTRICT JUDGE