IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WEATHERFORD U.S., LP and<br>WEATHERFORD TECHNOLOGY<br>HOLDINGS, LLC | §<br>§<br>§<br>§ | |
| | § | CIVIL ACTION NO. 23-cv-3416 |
| VS | §<br>§<br>§ | **JURY DEMANDED** |
| IRON IQ, INC. | § | |

**PLAINTIFFS WEATHERFORD U.S., L.P. AND
WEATHERFORD TECHNOLOGY HOLDINGS, LLC'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Under Federal Rule of Civil Procedure 7.1, Plaintiffs Weatherford U.S., L.P. and Weatherford Technology Holdings, LLC state that they are nongovernmental corporate parties to this proceeding. Plaintiffs further state that Weatherford International plc is a publicly held corporation that owns 10% or more of any of their stock. Plaintiffs reserve the right to amend this disclosure.

Dated: September 12, 2023                Respectfully submitted,

BAKER & HOSTETLER LLP

*s/ Billy M. Donley*
Billy M. Donley, attorney-in-charge
Texas Bar No. 05977085
811 Main Street, Suite 1100
Houston, Texas 77002
T (713) 751-1600
F (713) 751-1717

1

Kevin W. Kirsch, of counsel
(*pro hac vice* application pending)
California Bar No. 166184
Ohio Bar No. 81996
Andrew E. Samuels, of counsel
(*pro hac vice* application pending)
Ohio Bar No. 90189
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215
T (614) 228-1541
F (614) 228-2616

Jared A. Brandyberry, of counsel
(*pro hac vice* application pending)
Ohio Bar No. 88491
Colorado Bar No. 44775
1801 California Street, Suite 4400
Denver, Colorado 80202
T (303) 861-0600
F (303) 861-7805

*Attorneys for Plaintiffs*
*Weatherford U.S., L.P. and*
*Weatherford Technology Holdings, LLC*

## **CERTIFICATE OF SERVICE**

Under Fed. R. Civ. P. 5(b)(2)(E), Local Rule 5.1, and Local Rule 5.3, the undersigned hereby certifies that true and correct copies of the foregoing have been served on Iron IQ, Inc. at the address below.

Registered Agent, IRON IQ, INC., 610 Rood Ave, Grand Junction, CO 81501

Dated: September 12, 2023                             *s/ Billy M. Donley*