UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 23-cv-3416 |
|---|---|---|---|

WEATHERFORD U.S., L.P. AND WEATHERFORD TECHNOLOGY HOLDINGS, LLC

*versus*

IRON IQ, INC.

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Kevin W. Kirsch<br>Baker & Hostetler LLP<br>200 Civic Center Drive, Suite 1200<br>Columbus, Ohio 43215-4138<br>614-228-1541, kkirsch@bakerlaw.com<br>Ohio Bar No. 81996; Cal. Bar No. 166184 |
| Name of party applicant seeks to appear for: | Plaintiffs Weatherford U.S., L.P. and Weatherford Technology Holdings, LLC |

Has applicant been sanctioned by any bar association or court?   Yes __    __   No __ ✔ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: | Sept. 12, 2023 | Signed: | s/ Kevin W. Kirsch |
|---|---|---|---|

The state bar reports that the applicant's status is:

Dated:          Clerk's signature

**Order**          This lawyer is admitted *pro hac vice*.

Dated: _____          _____
                                                                                   United States District Judge