UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 23-cv-3416 |
|---|---|---|---|
| Weatherford U.S., L.P. and Weatherford Technology Holdings, LLC | | | |
| *versus* | | | |
| Iron IQ, Inc. | | | |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Andrew E. Samuels<br>Baker & Hostetler LLP<br>200 Civic Center Drive, Suite 1200<br>Columbus, Ohio 43215-4138<br>614-228-1541, asamuels@bakerlaw.com<br>Ohio Bar No. 90189 |

| | |
|---|---|
| Name of party applicant seeks to appear for: | Plaintiffs Weatherford U.S., L.P. and Weatherford Technology Holdings, LLC |

Has applicant been sanctioned by any bar association or court?   Yes __    __   No __ ✔ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: Sept. 12, 2023 | Signed: | s/ Andrew E. Samuels |
|---|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**          **This lawyer is admitted *pro hac vice*.**

Dated: _____          _____
                                                                        United States District Judge