UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston ▾ | Case Number | 23-cv-3416 |
|---|---|---|---|

| WEATHERFORD U.S., L.P. AND WEATHERFORD TECHNOLOGY HOLDINGS, LLC |
|---|
| *versus* |
| IRON IQ, INC. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jared A. Brandyberry<br>Baker & Hostetler LLP<br>1801 California Street, Suite 4400<br>Denver, Colorado 80202-2662<br>303-861-0600, jbrandyberry@bakerlaw.com<br>Ohio Bar No. 88491; Colo. Bar No. 44775 |
|---|---|

| Name of party applicant seeks to appear for: | Plaintiffs Weatherford U.S., L.P. and Weatherford Technology Holdings, LLC |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes __    __   No ___ ✔ __<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated:   Sept. 12, 2023 | Signed:                          s/ Jared A. Brandyberry |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated: | Clerk's signature |

| **Order** |
|---|

**This lawyer is admitted *pro hac vice*.**

Dated: _____          _____

                                             United States District Judge