United States District Court
Southern District of Texas
Houston Division

| | | |
|---|---|---|
| Weatherford U.S., L.P., et al. | § § | |
| v. | § § | Civil Action 4:23−cv−03416 |
| Iron IQ, Inc. | § § | |

Notice of Referral

The following motion is referred to Magistrate Judge Sam S. Sheldon:

Emergency Motion – #2
Motion for Temporary Restraining Order – #2

Date: September 18, 2023.

Nathan Ochsner, Clerk

By: Joan Davenport, Deputy Clerk