# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Weatherford U.S., L.P., et al.

v.                                                   Case Number: 4:23–cv–03416

Iron IQ, Inc.

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Sam S Sheldon**

**LOCATION:**
by video

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 9/19/2023

**TIME:** 12:30 PM

**TYPE OF PROCEEDING:** Status Conference

Date:   September 18, 2023                                          Nathan Ochsner, Clerk