United States District Court
Southern District of Texas

**ENTERED**
September 19, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 23-cv-3416 |
|---|---|---|---|

WEATHERFORD U.S., L.P. AND WEATHERFORD TECHNOLOGY HOLDINGS, LLC

*versus*

IRON IQ, INC.

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Kevin W. Kirsch<br>Baker & Hostetler LLP<br>200 Civic Center Drive, Suite 1200<br>Columbus, Ohio 43215-4138<br>614-228-1541, kkirsch@bakerlaw.com<br>Ohio Bar No. 81996; Cal. Bar No. 166184 |
|---|---|

| Name of party applicant seeks to appear for: | Plaintiffs Weatherford U.S., L.P. and Weatherford Technology Holdings, LLC |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes _____  No ✓

On a separate sheet for each sanction, please supply the full particulars.

Dated: Sept. 12, 2023    Signed:    s/ Kevin W. Kirsch

The state bar reports that the applicant's status is: Active

Dated: 09.19.23    Clerk's signature: [signature]

### Order

This lawyer is admitted *pro hac vice*.

[signature]

Dated: 09.19.23

Sam Sheldon
United States Magistrate Judge