United States District Court
Southern District of Texas
**ENTERED**
September 19, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 23-cv-3416 |
|---|---|---|---|

WEATHERFORD U.S., L.P. AND WEATHERFORD TECHNOLOGY HOLDINGS, LLC

*versus*

IRON IQ, INC.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Andrew E. Samuels<br>Baker & Hostetler LLP<br>200 Civic Center Drive, Suite 1200<br>Columbus, Ohio 43215-4138<br>614-228-1541, asamuels@bakerlaw.com<br>Ohio Bar No. 90189 |
|---|---|

| Name of party applicant seeks to appear for: | Plaintiffs Weatherford U.S., L.P. and Weatherford Technology Holdings, LLC |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✓

On a separate sheet for each sanction, please supply the full particulars.

| Dated: Sept. 12, 2023 | Signed: | s/ Andrew E. Samuels |
|---|---|---|

The state bar reports that the applicant's status is: Active

| Dated: 09.19.23 | Clerk's signature | *[signature]* |
|---|---|---|

## Order

This lawyer is admitted *pro hac vice*.

*[signature]*

Dated: 09.19.23

Sam Sheldon
United States Magistrate Judge