United States District Court
Southern District of Texas
**ENTERED**
September 27, 2023
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| WEATHERFORD U.S., LP AND WEATHERFORD TECHNOLOGY HOLDINGS, LLC,<br><br>                     Plaintiffs,<br><br>v.<br><br>IRON IQ, INC.,<br><br>                     Defendant. | Civil Action No. 4:23-cv-3416<br><br>Hon. Andrew Hanen |

## STIPULATED PRELIMINARY INJUNCTION

Plaintiffs Weatherford U.S., LP and Weatherford Technology Holdings, LLC's motion for temporary restraining order is pending before the Court.

Defendant Iron IQ, Inc. denies having engaged in any wrongdoing, but consents to this Order to avoid the time, money, and expense of a prolonged motion hearing.

In the interests of judicial economy and to save time and money, the parties consent to the entry of the following stipulated Preliminary Injunction.

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** as follows:

1. Defendant Iron IQ, Inc. is enjoined from obtaining, retaining, disclosing, copying, or using any of Weatherford's confidential information and trade secrets, in any tangible or electronic form, in: (a) Weatherford's CygNet® supervisory control and data acquisition ("SCADA") platform ("CygNet®"), (b) any derivative or improved works of CygNet®, and (c) any migration tools, conversion tools, and other tools developed utilizing CygNet®.

2. Defendant Iron IQ, Inc. is required to immediately return to Weatherford or destroy all copies in its possession, custody, or control of confidential information and trade secrets, in any tangible or electronic form, in: (a) CygNet®, (b) any derivative or improved works of CygNet®, and (c) any migration tools, conversion tools, and other tools developed utilizing CygNet®.

3. Iron IQ, Inc. may not copy, possess, access, use, install or download CygNet®, or login to CygNet®, or login to Weatherford's non-public CygNet® download website.

4. Notwithstanding the above, with respect to CygNet®, Iron IQ may act on behalf of a licensed CygNet® customer, under the customer's license, and only on the customer's systems (directly or via remote access).

5. This stipulated Preliminary Injunction is entered on this 27th day of September 2023 and shall remain in place during the pendency of this action.

Signed this 27th day of September, 2023.

_____
Sam Sheldon
United States Magistrate Judge