United States District Court
Southern District of Texas
**ENTERED**
September 27, 2023
Nathan Ochsner, Clerk

**COURTROOM MINUTES- ORDER**
JUDGE SAM SHELDON PRESIDING
DATE: September 27, 2023
COURT REPORTER: ____
MORNING: _____   AFTERNOON: _____
*************************************************************************

CIVIL NO. 4:23cv3416

Weatherford U.S. L.P et al

Plaintiffs

Iron IQ, Inc.

Defendant

*************************************************************************

MINUTE ENTRY ORDER:

Plaintiff informed the Court that it WITHRDRAWS the Opposed Motion to Expedite Discovery (Dkt. No. 10).

SIGNED in Houston, Texas, the 27th of September, 2023.

_____
Sam Sheldon
United States Magistrate Judge