# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

Weatherford U.S., L.P., et al.

v.                                           Case Number: 4:23–cv–03416

Iron IQ, Inc.

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Sam S Sheldon**

**LOCATION:**
by video

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 12/11/2023

**TIME:** 04:30 PM

**TYPE OF PROCEEDING:** Initial Conference

Date:   November 1, 2023                                           Nathan Ochsner, Clerk