IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WEATHERFORD U.S., L.P. and WEATHERFORD TECHNOLOGY HOLDINGS, LLC | § § § § | |
| VS | § § § | CIVIL ACTION NO. 23-cv-3416<br>**JURY DEMANDED** |
| IRON IQ, INC. | § | |

**[PROPOSED] ORDER GRANTING
PLAINTIFFS WEATHERFORD U.S., L.P. AND
WEATHERFORD TECHNOLOGY HOLDINGS, LLC'S
MOTION TO REDACT PORTIONS OF TRO HEARING TRANSCRIPT**

Before the Court is Plaintiffs Weatherford U.S., L.P. and Weatherford Technology Holdings, LLC's motion to redact portions of the transcript (ECF No. 36) of the September 27, 2023 hearing on Weatherford's motion for temporary restraining order. The Court has considered and **GRANTS** the motion, and **ORDERS** that the following portions of the transcript be redacted and remain under seal:

| Description | Location |
|---|---|
| Trade secret/confidential business information | 28:13, 19–29:11; 30:2–20; 48:16–55:12; 56:5–57:12; 71:10–72:1; 75:14–76:4; and Exhibit 10. |
| Confidential customer information | 7:24–25; 8:3, 6, 9; 17:21–22, 24; 18:1–3; 23:14, 16, 22; 32:12; 33:1, 13, 19, 22, 24; 34:6; 47:8; 63:5, 8, 23; 64:3, 12–16, 19–20, 22–25; 65:1, 4–6, 9–10, 12, 18, 21, 24; 66:1, 12–14, 16, 22; 67:1–2, 6, 17, 23; 68:1, 6, 23, 25; 71:10–72:1; 72:18, 20, 25; 73:1–2, 5–7, 10–11, 21–23; 74:3, 6, 10, 15, 18; 75:7; 76:16; 77:18, 22–23; 78:15, 21; 82:21; 83:4; 87:3, 6; 92:22; 93:9; 94:4, 13; 95:11; 100:6; 104:19; 106:13–14, 16–17, 21; and 107:1. |

SIGNED at Houston, Texas, this ___ day of _____ 2023.

_____
SAM S. SHELDON
UNITED STATES MAGISTRATE JUDGE