IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WEATHERFORD U.S., L.P. and WEATHERFORD TECHNOLOGY HOLDINGS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>IRON-IQ, INC.<br><br>Defendant. | Civil Action No. 4:23-cv-3416<br><br>Jury Trial Demanded |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant Iron-IQ, Inc. certifies there is no corporate parent of Iron-IQ, Inc. and no publicly-held corporation owns 10% or more of the stock of Iron-IQ, Inc.

Dated: November 24, 2023.  Respectfully submitted,

**MICHELMAN & ROBINSON, LLP**

By: */s/ Ashley N. Moore*
　　Ashley N. Moore
　　SDTX No. 3864837
　　amoore@mrllp.com
　　300 Crescent Ct., Suite 1700
　　Dallas, TX 75201
　　Telephone: (214) 273-4050

　　Lauren W. Varnado
　　SDTX No. 1392333
　　lvarnado@mrllp.com
　　Jessica E. Pharis
　　*SDTX Admission Pending*
　　jpharis@mrllp.com
　　717 Texas Avenue, Suite 3100
　　Houston, TX 77002
　　Telephone: (713) 422-2121

**ATTORNEYS FOR DEFENDANT IRON-IQ, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on this 24th day of November 2023.

/s/ Ashley N. Moore
Ashley N. Moore
SDTX No. 3864837