**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

**WEATHERFORD U.S., LP and
WEATHERFORD TECHNOLOGY
HOLDINGS, LLC**

      **Plaintiffs,**

**v.**                        **Civil Action No. 23-cv-3416**

**IRON IQ, INC.**

      **Defendant.**

## NOTICE OF APPEARANCE FOR JESSICA E. PHARIS

      **PLEASE TAKE NOTICE** that the office of the undersigned hereby appears on behalf of

Defendant, Iron IQ, Inc., in connection with the above-captioned proceeding and that all papers

should be served on the office of the undersigned at the address set forth below.

Dated: November 29, 2023
        Houston, Texas

                        Respectfully submitted,

                        **MICHELMAN & ROBINSON, LLP**
                        By: */s/ Jessica E. Pharis*
                           Jessica E. Pharis
                           SDTX No. 3864917
                           jpharis@mrllp.com
                           717 Texas Avenue
                           Suite 3100
                           Houston, Texas 77002
                           Telephone: 713-422-2121
                           Fax: 713-383-6151