United States District Court
Southern District of Texas
**ENTERED**
July 16, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WEATHERFORD U.S., L.P., *et al* | § |
| | § |
| | § CIVIL ACTION NO. H:23-3416 |
| IRON IQ, INC. | § |

## ORDER ADOPTING, IN PART, MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above-referenced cause are Plaintiffs' Motion for Judgment on the Pleadings (Doc. No. 52) and Motion for Leave to File Second Amended Complaint (Doc. No. 65), as well as Defendant's Motion for Partial Judgment on the Pleadings (Doc. No. 72) and Motion for Leave to Amend Counterclaims (Doc. No. 84). The Magistrate Judge has issued a Memorandum and Recommendation (Doc. No. 93) on these motions and the parties have filed objections (Iron IQ's Objections (Doc. Nos. (94, 95) and Weatherford's Objections (Doc. No. 96)) to that Memorandum and Recommendation. Subsequently, the Magistrate Judge issued an Amended Memorandum and Recommendation (Doc. No. 99). This Court is quite familiar with this topic, will presume that Iron IQ objects to this amended order, and has reviewed it *de novo*.

The Court has carefully reviewed, *de novo*, the filings, the applicable law, the Magistrate Judge's Memorandum and Recommendation and Amended Memorandum and Recommendation, and the objections thereto, and adopts the Magistrate Judge's recommendations. Accordingly, it is hereby

**ORDERED** that Defendant's Objections (Doc. Nos. 94, 95) and Plaintiffs' Objections (Doc. No. 96) are **OVERRULED** and the Memorandum and Recommendation (Doc. No. 93) is **ADOPTED** as follows:

Weatherford's Motion for Leave to File Second Amended Complaint (Doc. No. 65) is **GRANTED**

Iron IQ's Cross-Motion for Attorney's Fees (Doc. No. 70) is **DENIED**;

Iron IQ's Motion for Partial Judgment on the Pleadings (Doc. No. 72) is **DENIED**;

Weatherford's Motion for Judgment on the Pleadings (Doc. No. 52) is **GRANTED in part** as to the tortious interference with prospective business claim and **DENIED in part** as to Iron IQ's tortious interference with contract claim.

It is further **ORDERED** that Iron IQ's Motion for Leave to Amend Counterclaims (Doc. No. 84) is **GRANTED IN PART and DENIED IN PART** as follows:

1. Iron IQ's Motion for Leave to Amend its Counterclaims to include claims for unlawful monopolization under § 2 of the Sherman Act for Releavant SCADA Market and the Relevant Integrator Market is **DENIED**;

2. Iron IQ's Motion for Leave Amend its Counterclaims for its § 15.05(b), (c) TFEAA claims in Relevant SCADA Market and Relevant Integrator Market is **DENIED**;

3. Iron IQ's request to amend its counterclaim for promissory estoppel claim is **GRANTED**;

4. Iron IQ's request to amend its counterclaims for its tortious interference with prospective business claim is **DENIED**; and

5. Iron IQ's request to amend its counterclaims for tortious interference with a contract claim is **GRANTED**.

SIGNED at Houston, Texas, this 12th day of July 2024.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE