United States District Court
Southern District of Texas
**ENTERED**
December 17, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WEATHERFORD U.S., L.P., *et al* | § |
| | § |
| | §   CIVIL ACTION NO. H:23-3416 |
| IRON IQ, INC. | § |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Pending before the Court in the above-referenced case are Plaintiffs' Motion for Reconsideration or Clarification of Order Allowing Promissory Estoppel Counterclaim (Doc. No. 110), Defendant's Response in opposition (Doc. No. 115), Plaintiffs' Reply (Doc. No. 117), and Magistrate Judge Bennett's Memorandum and Recommendation (Doc. No. 119). Plaintiff's filed Objections (Doc. No. 120) to the Memorandum and Recommendation and Defendant responded to those objections. (Doc. No. 122).

The Court has carefully reviewed, *de novo*, the filings, the applicable law, the Magistrate Judge's Memorandum and Recommendation and the objections thereto, and adopts the Magistrate Judge's recommendations. Accordingly, it is hereby

**ORDERED** that Plaintiff's Objections (Doc. No. 120) are **OVERRULED** without prejudice to it being reasserted on the merits, and the Memorandum and Recommendation (Doc. No. 119) is **ADOPTED**. Plaintiffs' Motion for Reconsideration or Clarification of Order Allowing Promissory Estoppel Counterclaim (Doc. No. 110) is **DENIED**.

SIGNED this 13th day of December 2024.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

1